894 P.2d 112

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Chong | 18092 | 4/04/95 | Vacated, Remanded and Affirmed in part |
| State v. Kalipi | 17095 | 4/06/95 | Affirmed |
| State v. Konishi | 17751 | 4/12/95 | Affirmed |
| State v. Escalante | 17786 | 4/17/95 | Affirmed |
| State v. Aki | 17731 | 4/18/95 | Affirmed |
| State v. Keanini | 17943 | 4/18/95 | Affirmed |
| State v. Aikala | 17966 | 4/18/95 | Affirmed |
| State v. Keanini | 17709 | 4/18/95 | Affirmed |
| State v. Halloway | 18047 | 4/19/95 | Affirmed |
| State v. Dodd | 17930 | 4/19/95 | Affirmed |
| State v. Perez | 17756 | 4/24/95 | Affirmed |
| State v. Dicus | 16783 | 4/24/95 | Affirmed |
| Mundell v. State | 16552 | 4/26/95 | Affirmed |